AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## UNITED STATES DISTRICT COURT
for the

_____ District of _____

)
)
)
)

Baker
_____
Petitioner

)
)

Case No.   2:22-cv-00147-JRS-DLP
          _____
          (Supplied by Clerk of Court)

v.

)
)
)

Warden T. Rule
_____
Respondent.
(name of warden or authorized person having custody of petitioner)

)
)
)

### PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

Personal Information

1.  (a) Your full name:  Jamal Baker
    (b) Other names you have used: _____

2.  Place of confinement:
    (a) Name of institution:  F.C.I. Terre Haute
    (b) Address:  P.O. Box 33 Terre Haute IN 47808

    (c) Your identification number:  18000-029

3.  Are you currently being held on orders by:
    ☒ Federal authorities    ☐ State authorities    ☐ Other - explain: _____
    _____

4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
        (a) Name and location of court that sentenced you:  Northern District of Iowa
        (b) Docket number of criminal case:  6:19-cr-02023-LtS-Mar
        (c) Date of sentencing:  11-15-2019
    ☐ Being held on an immigration charge
    ☐ Other (explain): _____
    _____
    _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5.   What are you challenging in this petition:

☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other (explain): _____

6.   Provide more information about the decision or action you are challenging:
(a) Name and location of the agency or court: __F.C.I. Terre Haute Unit Team,__
__Warden T. Rule B.O.P.__
(b) Docket number, case number, or opinion number: _____
(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
__The denial of the application of my earned F.S.A__
__time credits, due to B.O.P's  "low PATTERN Score"__
__requirement (See attached F.T.C. Implementation Memo)__
(d) Date of the decision or action: __2-28-2022__

## Your Earlier Challenges of the Decision or Action

7.   **First appeal**
Did you appeal the decision, file a grievance, or seek an administrative remedy?
☒ Yes          ☐ No
(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: __F.C.I. Terre Haute__

   (2) Date of filing: __2-28-2022__
   (3) Docket number, case number, or opinion number: __BP-8__
   (4) Result: __Denied, - No Response (See Attatched Declrtn)__
   (5) Date of result: __N/A__
   (6) Issues raised: __I requested the application of my time__
__credits, which  I have earned through EBRR__
__programming.__

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8.    **Second appeal**
After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes        ☒ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: I recieved no response from my BP-8, Administrative Remedy coordinator, and Unit Manager Mr. Turner will not accept a BP-9 w/o BP-8

9.    **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes        ☐ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal: _____

10.  **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes    ☒ No

If "Yes," answer the following:

(a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes              ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

(b)   Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes              ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

12.    **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes        ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

_____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

_____

## Grounds for Your Challenge in This Petition

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: This institution has denied the application of my F.S.A. time credits, requiring me to "be assessed" as Low or Minimum recidivism risk before my earned time credits can be applied. This is a "Statutory Violation" of The First Step Act U.S.C. § 3624 d,4,C (See 2241d Brief)

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I am eligible to recieve the F.S.A. time credits, there is no language in the First Step Act requiring inmates to be assessed as "Low" recidivism risk prior to the application of my earned time credits. Congress did not intend for these incentives to be earned simply for the B.O.P. to deny their use. I have earned time credits through EBRR programming. See Exhibits

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes          ☐ No

**GROUND TWO:** _____

_____

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

_____

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes          ☐ No

**GROUND THREE:** _____

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes          ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

GROUND FOUR: _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes                    ☐ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did

        not: _____

### Request for Relief

15.  State exactly what you want the court to do: I am requesting this honorable court
order the immediate application of my earned F.S.A.
time credits. I am "F.S.A. Eligible, I have earned F.T.C.
(See attatched exhibits 1,2,3)

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

4 - 4 - 2022

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 4 - 4 - 2022

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

I do Declare under penalty of perjury

On or around the last week of Febuary 2022 this institution posted a memo stating "While eligible inmates with all PATTERN risk scores may earn F.T.C, only those with LOW and MINIMUM scores are eligible to apply them at this time."

I filed a BP-8 addressing this issue, requesting my earned time credits be applied, on Febuary 28TH 2020. I have, as of this date, yet to recieve a response to my BP-8.

I attempted to further exhaust my administrative remedies by completing a BP-9 as to this issue, however, The administrative remedy coordinator and Unit Manager, Mr. Turner refosed to accept the BP-9 without an attatched BP-8, rendering my ability to exhaust my administrative remedies unavailable.

Dated This Date:         Respectfully Submitted,
April 6TH 2022           Jamaal Bar