UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| GEURIN D. BIBB, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:22-cv-00147-SEB-KMB |
| SGT DANGLER, et al., | ) ) ) |
| Defendants. | ) |

**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

Plaintiff Guerin D. Bibb has abandoned this action due to his failure to update his address. The Court previously warned Mr. Bibb that if he did not update his address by October 10, 2023, the Court would dismiss this action without further warning. Dkt. 31. He has failed to comply with that deadline. Accordingly, this case **is DISMISSED for failure to prosecute**. Final judgment shall now issue.

**IT IS SO ORDERED.**

Date: 10/24/2023

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

GEURIN D. BIBB
143932
311 Hauss Square
New Albany, IN 47150

R. Jeffrey Lowe
KIGHTLINGER & GRAY, LLP (New Albany)
jlowe@k-glaw.com

Christine Clark Sims
KIGHTLINGER & GRAY LLP
csims@k-glaw.com