UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JAMAL BAKER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:22-cv-00147-JRS-MKK |
| ) | |
| WARDEN, ) | |
| ) | |
| Respondent. ) | |

FINAL JUDGMENT

The Court now enters FINAL JUDGMENT.

Jamal Baker's petition for writ of habeas corpus is **denied** and the action is dismissed with prejudice.

Date: 12/22/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court


Distribution:

JAMAL BAKER
18000-029
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov